# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TABVIS L. WILLIAMS

NO. 2026 KW 0455

**JUNE 29, 2026**

---

In Re:    Tabvis Lavel Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 17-FELY-761979.

---

**BEFORE:    McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED.** Relator failed to demonstrate that the outcome of the trial in this matter would have been different but for the defense counsel's alleged deficiencies. **Strickland v. Washington,** 466 U.S. 668, 669, 104 S.Ct. 2052, 2056, 80 L.Ed.2d 674 (1984). Furthermore, relator failed to meet his burden of showing why the identity of the informant is crucial to the defense. See La. Code Evid. art. 514(C)(3); **State v. Broadway,** 96-2659 (La. 10/19/99), 753 So.2d 801, 815, <u>cert. denied</u>, 529 U.S. 1056, 120 S.Ct. 1562, 146 L.Ed.2d 466 (2000).

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT